UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
          -v-                                                     :     22-CR-431 (LJL)
                                                                  :
RAMOS & ROSARIO,                                                  :     ORDER
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a Bail Appeal Hearing in this matter on August 10, 2022 on the application of the Government. It is Hereby Ordered that the Court upholds Magistrate Judge Lehrburger's bail requirements, but modifies the conditions as follows:

Defendant, Moises Disla Ramos, is not to be released from the custody of the U.S. Marshals until all of these conditions are fully satisfied: three financially responsible people have cosigned his $100,000 bond; defendant's travel documents have been surrendered; and defendant is outfitted with an ankle monitor.

Defendant, Jerinson Rosario, is not to be released from the custody of the U.S. Marshals until all of these conditions are fully satisfied: three financially responsible people have cosigned his $100,000 bond (which, assuming it is acceptable to the Government, may include defendant's Mother, Sister, and Step-Father); defendant's travel documents have been surrendered; and defendant is outfitted with an ankle monitor. In addition, Mr. Rosario must also surrender on his Desk Appearance ticket. The Government has the option to substitute out, with a different financially responsible person, any of the above noted cosigners for defendant, if they are found to not be financially responsible.

      SO ORDERED.

Dated: August 11, 2022
      New York, New York
                                                               LEWIS J. LIMAN
                                                           United States District Judge