UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. -

MOISES DISLA RAMOS,

           Defendant.

No. 22 Cr. 431 (LJL)

NOTICE OF MOTION TO SUPPRESS MATERIALS SEIZED PURSUANT TO SEARCH WARRANTS

PLEASE TAKE NOTICE that upon the accompanying Memoranda of Law and the exhibits attached thereto in support of its motion, the undersigned will move this Court, before the Honorable Lewis J. Liman, in the Southern District of New York, for an Order: (1) suppressing evidence seized pursuant to an August 5, 2022 search warrant for historical cell site location information; (2) suppressing evidence seized pursuant to an August 9, 2022 premises search warrant; and for any such further relief as this Court may deem just and proper.

Dated: New York, New York
October 24, 2022

                                        Respectfully submitted,

                                        FEDERAL DEFENDERS OF NEW YORK, INC.

                                        By: _____/s/_____
                                              **MARNE L. LENOX**
                                              **KRISTOFF WILLIAMS**

                                        Attorneys for Defendant
                                           **Moises Disla Ramos**
                                        52 Duane Street – 10th Floor
                                        New York, New York 10007
                                        Tel.: (212) 417-8700

Attn: Ni Qian, Assistant United States Attorney