# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MOISES DISLA RAMOS,

Defendant.

No. 22 Cr. 431 (LJL)

STATE OF NEW YORK          )

COUNTY OF NEW YORK          )

MOISES DISLA RAMOS, being duly sworn, deposes and says:

1. I am the defendant, Moises Disla Ramos.

2. At the time of my arrest, I lived at ███████████████████ in the Bronx, New York.

3. My phone number was ████████.

/s/ Moises Disla Ramos

MOISES DISLA RAMOS

Dated: New York, New York
       October 24, 2022

# EXHIBIT B

REDACTED

# EXHIBIT C

REDACTED

# EXHIBIT D

REDACTED

# EXHIBIT E

REDACTED