UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 22-CR-0431-LJL-1 |
| -v- | : | **NOTICE OF MOTION TO DISMISS COUNT THREE OF THE INDICTMENT** |
| MOISES DISLA RAMOS | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO DISMISS COUNT THREE OF THE INDICTMENT[1]

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Lewis J. Liman, in the Southern District of New York, for an Order dismissing Count Three of the indictment.

---

[1] Defendant Jerison Rosario, through Attorney Aaron J. Mysliwiec, joins in this motion.

1

Dated: October 24, 2022

                                            Respectfully Submitted,

                                            Federal Defenders of New York, Inc.

                                            By: */s/*_____

                                                   **Kristoff I. Williams**
                                                 **Marne L. Lenox**

                                            52 Duane Street, 10th Floor
                                            New York, New York 10007
                                            Tel.: (212)-417-8700

                                            Attorneys for Defendant
                                            **Moises Disla Ramos**

Attn: Ni Qian, Assistant United States Attorney