```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA,                                            :
                                                                     :
              -v-                                                    :
                                                                     :           22-cr-431 (LJL)
MOISES DISLA RAMOS,                                                  :
                                                                     :              ORDER
                            Defendant.                               :
                                                                     :
-------------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022

LEWIS J. LIMAN, United States District Judge:

      The Court is scheduled to entertain oral argument on the motion to dismiss Count Three of the Indictment on Monday, December 5, 2022.  The Government is directed to be prepared to address the Department of Justice's position as to whether a perpetrator can "successfully commit Hobbs Act robbery by putting a victim in fear of economic injury to an intangible asset without the use of physical force," *United States v. Hill*, 890 F.3d 51, 57 n.9 (2d Cir. 2018), and, if not, what work the "fear of injury" language in 18 U.S.C. § 1951(b)(1) does that is not already accomplished by the "by means of actual or threatened force, or violence" language.

SO ORDERED.

Dated: November 29, 2022
      New York, New York
                                                       LEWIS J. LIMAN
                                         United States District Judge