```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
        -v-                                                        :
                                                                   :      22-cr-431 (LJL)
MOISES DISLA RAMOS,                                                :
                                                                   :          ORDER
                        Defendant.                                 :
                                                                   :
------------------------------------------------------------------ X
```

LEWIS J. LIMAN, United States District Judge:

      In connection with the motion to suppress of Defendant Moises Disla Ramos ("Defendant"), Dkt. No. 23, Defendant submitted to the Court the Agent Affidavit in Support of Application for Search and Seizure Warrant related to the search of Defendant's residence and certain electronically stored information, *see* Dkt. No. 24, Ex. C.  However, neither party has submitted the resulting search warrant.  The Government is directed to file a redacted copy of the search warrant on ECF and to provide the Court with an unredacted copy through email.

      SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                                         LEWIS J. LIMAN
                                      United States District Judge