UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                          :

UNITED STATES OF AMERICA,                :

          -v-                                              :        22-CR-431 (LJL)

MOISES DISLA RAMOS and JERINSON ROSARIO,  :        SCHEDULING ORDER

                    Defendants.                   :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court will hold a Status Conference in this matter on February 23, 2023, at 12:00PM. The conference will be held in Courtroom 15C at the 500 Pearl Street Courthouse. The Court will set a trial date at the conference, so parties should be prepared to discuss scheduling.

      SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                            LEWIS J. LIMAN
                                            United States District Judge