```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                               :
UNITED STATES OF AMERICA,           :
                                               :
       -v-                                     :
                                               :          22-cr-431 (LJL)
MOISES DISLA RAMOS,                 :
                                              :             <u>ORDER</u>
                           Defendant.             :
                                               :
------------------------------------------------------------------ X

LEWIS J. LIMAN, United States District Judge:

      Defendant Moises Disla Ramos ("Defendant") moves to suppress the evidence recovered pursuant to the search warrant of Defendant's electronic data. Dkt. No. 61. The Government has represented that it does not intend to introduce any of the evidence seized from Defendant's cellphone in the Government's case-in-chief, thus mooting Defendant's motion. Dkt. No. 63. Defendant is directed to inform the Court on or before July 31, 2023 whether his motion can be denied as moot.

      SO ORDERED.

Dated: July 28, 2023
       New York, New York                            _____
                                                                LEWIS J. LIMAN
                                                           United States District Judge