**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 7, 2023

**BY ECF**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. Moises Disla Ramos</u>
             22 Cr. 431 (LJL)

Dear Judge Liman:

    In light of the trial scheduled to begin on January 8, 2024 in the above-captioned matter, Mr. Disla Ramos respectfully submits this joint letter on behalf of the parties proposing the following pretrial schedule.

| Description | Date |
|---|---|
| Rule 404(b) Notice | December 8, 2023 |
| Motions in Limine (scheduled) Requests to Charge (scheduled) Proposed Voir Dire (scheduled) Expert Notice | December 15, 2023 |
| Opposition to Motions in Limine (scheduled) Jencks Act/*Giglio* Material | December 22, 2023 |
| Exhibits (begin production to defense) | December 29, 2023 |
| Final Pretrial Conference (scheduled) | January 4, 2024 at 2:00 pm |
| Trial (scheduled) | January 8, 2024 |

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.
Kristoff Williams, Esq.

*Counsel for Moises Disla Ramos*

cc:   Counsel of record

**SO ORDERED:**

12/8/2023

**THE HONORABLE LEWIS J. LIMAN**
United States District Judge